STATE EX REL. MUENTER, Respondent, vs. WASHBUSH, County Treasurer, Appellant.

*January 8—February 5, 1929.*

*L. E. Gooding,* district attorney of Fond du Lac county, for the appellant.

For the respondent there was a brief by *L. E. Lurvey* of Fond du Lac, and oral argument by *Mr. Lurvey, Mr. Allen Whelan* of Ripon, and *Mr. Franklin E. Bump,* assistant attorney general.

CROWNHART, J.   This case is ruled by *State ex rel. Danielsen v. Washbush*, decided herewith (*ante*, p. 93, 223 N. W. 573), the city of Fond du Lac being the petitioner in this case under like conditions as set forth in that case.

*By the Court.*—The order of the circuit court is affirmed, with costs to the respondent.